# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Arnold Tyler<br>Toye W. Allen**,** | ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) | 3:15-cv-00038-FDW-DSC |
| vs. | ) | |
| Ocwen Loan Servicing, LLC<br>Brock and Scott, PLLC<br>Trustee Services of Carolina, LLC<br>Rogers Townsend & Thomas, PC<br>U.S. Bank National Association<br>Finance America, LLC<br>Residential Asset Securiities Corporation**,**<br>Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 30, 2015 Order.

April 30, 2015

Frank G. Johns, Clerk
United States District Court